IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 7:21-CR-5(HL) |
| ASHTYN MICHAEL RANCE, | * |
| Defendant. | * |

## O R D E R

Pursuant to an Appearance Bond dated May 27, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $2,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $2,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Angel Waldrop

This 19th day of November, 2021.

s/Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE